UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONNY PERDUE, et al.,<br><br>    Defendants. | Case No. 20-cv-01395-LB<br><br>**JUDGMENT** |

On February 22, 2024, the court granted the defendants' motion to dismiss with leave to amend within twenty-one days, meaning, by March 14, 2024, and said that that a failure to file an amended complaint would result in the court's entry of judgment in favor of the defendants. No amended complaint was filed (despite a second warning by the court that if it did not hear from the plaintiffs by March 18, 2024, it would enter judgment on March 19, 2024). Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-01395-LB